In the Matter of WILLIAM S. BUTLER, an Attorney.— Report of the official referee confirmed and charges against respondent dismissed. This case is distinguishable from *Matter of Katzka* (225 App. Div. 250) and *Matter of Littick* (Id. 246), in each of which there was plainly an illegal agreement between the lawyer and a layman to split fees as a consideration for the procurement of litigation by the layman. Such is not the case here. Young, Kapper and Seeger, JJ., concur; Carswell and Scudder, JJ., dissent and vote for a suspension from the practice of the law for a period consistent with *Matter of Katzka* (225 App. Div. 250) and *Matter of Littick* (Id. 246), between which cases and this one there is no material difference in substance.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee of the Several Trusts Created in and by the Last Will and Testament of CHARLES F. HOFFMAN, Deceased. CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, etc., and as Executor, etc., Respondent; FREDA BOURDETTE and Others, Respondents, Appellants; CHARLES W. DAYTON and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of the Petition of THE MEADOWDALE COMPANY, Appellant, for an Order of Certiorari Directed against HENRY M. LEE and Others, Constituting the Board of Appeals of the Village of Bronxville, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

In the Matter of LOUIS ROTHBARD, an Attorney.— Motion for rehearing before the referee denied. Motion for reargument of the motion to confirm the referee's report herein denied. Motion for leave to appeal to the Court of Appeals from the decision of this court rendered February 4, 1929, denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

In the Matter of the Application of ALTON W. SNYDER for a Writ of Habeas Corpus to Bring up the Body of ROBERT ALTON SNYDER, an Infant. ALTON W. SNYDER, Appellant; ELIZABETH CHAFIN SHUMATE, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.